Form plncf13 – ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−16069−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Keith Simmons | Bonnie L Simmons |
|---|---|
| 3271 Westpointe Drive | 3271 Westpointe Drive |
| Franklin, IN 46131 | Franklin, IN 46131 |

Social Security No.:
xxx−xx−5871                                                xxx−xx−5484

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 6, 2024.

Dated: September 6, 2024
JAN: slm

Jeanne Naughton
Clerk